IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

FILED

JAN 10 2020

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA

v.

JORDAN B. MCKINLEY

Case No. 2:20mj14
Corrected Court Date: January 22, 2020

CRIMINAL INFORMATION

COUNT ONE
(Misdemeanor) Violation Notice 7581710

THE UNITED STATES ATTORNEY CHARGES:

That on or about November 6, 2019, at Naval Station Norfolk, Virginia, in the Eastern District of Virginia, the defendant, JORDAN B. MCKINLEY, did unlawfully, knowingly, and intentionally possess marijuana, a Schedule I controlled substance.

(In violation of Title 21, United States Code, Section 844.)

COUNT TWO
(Misdemeanor)

THE UNITED STATES ATTORNEY CHARGES:

That on or about November 6, 2019, at Naval Station Norfolk, Virginia, in the Eastern District of Virginia, the defendant, JORDAN B. MCKINLEY, did willfully violate a defense property security regulation: Chief of Naval Operations Instruction 5530.14E, to wit: Transporting and introducing a firearm onboard a United States Navy installation without proper authorization.

(In violation of Title 50, United States Code, Section 797 and Chief of Naval Operations Instruction 5530.14E).

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: /s/ James T. Cole
James T. Cole
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6712
Fax:(757) 441-3205
James.Cole@usdoj.gov

CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

/s/ James T. Cole
James T. Cole
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6712
Fax:(757) 441-3205
James.Cole@usdoj.gov

9 January 2020
Date